# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | |
| Plaintiff, | Case No. 2:26-cv-01715-DGC |
| v. | **ORDER** |
| Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming; Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming; Arizona Department of Gaming; and Kristin K. Mayes, in her official capacity as Attorney General for the State of Arizona, | |
| Defendants. | |

Having reviewed Plaintiff's Motion to Exceed Page Limitation on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Exceed Page Limitation on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is **GRANTED**. Plaintiff may file a Motion for Temporary Restraining Order and Preliminary Injunction up to and including 30 pages in length.