IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming; Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming; Arizona Department of Gaming; and Kristin K. Mayes, in her official capacity as Attorney General for the State of Arizona,<br><br>　　　　　　Defendants. | No. CV-26-01715-PHX-DGC<br><br>**ORDER** |

Having reviewed Plaintiff's Motion to Exceed Page Limitation on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Exceed Page Limitation on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion to Exceed") (Doc. ___) is **GRANTED**.