Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)
SNELL & WILMER LLP
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:   602.382.6000
Facsimile:    602.382.6070
Email: alang@swlaw.com
        mjarvey@swlaw.com
        dflint@swlaw.com
        tgallup@swlaw.com

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
Email: nkatyal@milbank.com
        jsterling@milbank.com

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: GMainland@milbank.com
        APorter@milbank.com

*Attorneys for Plaintiff
KalshiEX LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming; Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming; Arizona Department of Gaming; and Kristin K. Mayes, in her official capacity as Attorney General for the State of Arizona,<br><br>    Defendants. | Case No. CV-26-01715-PHX-DGC<br><br>**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

On March 12, 2026 Plaintiff KalshiEX LLC ("Kalshi" or "Plaintiff") filed its Complaint in this action. ECF No. 1. As indicated in the Complaint, Kalshi has contacted representatives of Defendants regarding its intention to file a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). Kalshi anticipates filing the Motion as soon as this evening if it is unable to reach resolution with Defendants. As such, pursuant to LRCiv 7.2(e), Kalshi requests leave to exceed the page limitation set forth in LRCiv 7.2(e)(1) for Plaintiff's forthcoming Motion and submit a 30-page Motion.

Good cause exists to grant Kalshi leave to exceed the 17-page limitation set forth in LRCiv 7.2(e)(1). The Motion requests that the Court temporarily restrain and preliminarily enjoin the State of Arizona's intrusion into the federal government's exclusive authority to regulate derivatives trading on exchanges overseen by the Commodity Futures Trading Commission ("CFTC"). 7 U.S.C. § 2(a)(1)(A). The Motion involves a detailed analysis of the complex issues in this case, including derivatives markets and event contracts, the history of the CFTC's exclusive jurisdiction to oversee and regulate derivative markets like Kalshi, and the federal regulatory framework governing entities that offer event contracts on a Designated Contract Market—like Kalshi. The Motion also provides necessary context regarding Kalshi's registration with the CFTC, federal law preempting Arizona from subjecting Kalshi's event contracts to state law, and other District Courts' prior rulings on Kalshi's applications for similar preliminary injunctions in other states. Finally, the Motion describes the irreparable harm Kalshi will suffer absent injunctive relief, detailing Defendants' threats to take enforcement action against Kalshi, harm its contractual relationships and business opportunities, and intrude on the exclusive jurisdiction of the federal government, in violation of the Supremacy Clause of the U.S. Constitution.

Accordingly, as a result of the extensive analysis required to properly present these issues in the Motion, Kalshi respectfully requests that this Court grant it leave to exceed the page limitation set forth in LRCiv 7.2(e)(1) and file a 30-page Motion.

| | | |
|---|---|---|
| 1 | Dated: March 13, 2026 | Respectfully submitted, |
| 2 | | SNELL & WILMER L.L.P. |

By: *s/ Matt Jarvey*
Adam E. Lang
Matt Jarvey
Derek C. Flint
Taryn J. Gallup

and

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington D.C. 20005

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001

Attorneys for Plaintiff
KalshiEX LLC