# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

The undersigned having taken Senior Status and being unable to accommodate the expedited schedule requested by Plaintiff (including a hearing on a Temporary Restraining Order and Preliminary Injunction),[1] I hereby order the Clerk of the Court to reassign this case, by random lot, to another Judge in the District of Arizona. I am informed by the Clerk of the Court that Judge Michael T. Liburdi has been drawn, accordingly,

**IT IS ORDERED** that this matter is reassigned to the Honorable Michael T. Liburdi, United States District Judge. All further pleadings and papers submitted for filing shall bear the following complete case number: CV-26-1715-PHX-MTL.

Dated this 13th day of March, 2026.

James A. Teilborg
Senior United States District Judge

---

[1] *See* 28 U.S.C. § 294(b).