IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Jackie Johnson, et al.,<br><br>    Defendants. | No. CV-26-01715-PHX-MTL<br><br>**ORDER** |

      Pending before the Court are Plaintiff's Motions for Leave to File Excess Pages (Docs. 6, 7). The first motion (Doc. 6) appears to have been filed in error, so it will be denied. Having considered Plaintiff's second Motion for Leave to File Excess Pages (Doc. 7), the Court finds that there is good cause to grant leave to exceed the page limitation.

      **IT IS THEREFORE ORDERED** that Plaintiff's first Motion for Leave to File Excess Pages (Doc. 6) is **DENIED**.

      **IT IS FURTHER ORDERED** that Plaintiff's second Motion for Leave to File Excess Pages (Doc. 7) is **GRANTED AS MODIFIED**. Plaintiff may file a Motion for Temporary Restraining Order and Preliminary Injunction, not to exceed 25 pages in length, exclusive of the caption, signature block, and attachments.

      **IT IS FURTHER ORDERED** that Defendants may file a response to Plaintiff's forthcoming motion, not to exceed 25 pages in length, exclusive of the caption, signature block, and attachments.

**IT IS FINALLY ORDERED** that Plaintiff may file a reply in support of its forthcoming motion, not to exceed 15 pages, exclusive of the caption, signature block, and attachments.

Dated this 13th day of March, 2026.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge