IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

**IT IS ORDERED** setting a telephonic status conference on Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order (Doc. 11) for **March 16, 2026, at 4:00 p.m.** (Arizona time) in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi. Counsel should call (855) 244-8681 and use Access Code: 2315-590-1901.

**IT IS FURTHER ORDERED** that Plaintiff must provide a copy of this Order to Defendants immediately.

Dated this 16th day of March, 2026.

Michael T. Liburdi
United States District Judge