**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Joshua D. Bendor (Bar No. 031908)
Alexander W. Samuels (Bar No. 028926)
Joshua A. Katz (Bar No. 039449)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-1715-PHX-MTL |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| Jackie Johnson, et al., | |
| Defendants. | |

Notice is hereby provided that Joshua D. Bendor, Alexander W. Samuels, and Joshua A. Katz, attorneys with the Arizona Attorney General's Office, appear in this matter as counsel for Defendants Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming; Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming; Arizona Department of Gaming; and Kristin K. Mayes, in her official capacity as Attorney General for the State of Arizona.

Counsel respectfully requests that the Court's records reflect this appearance and that all notifications, correspondence, motions, orders, discovery, and other papers be directed to:

Joshua D. Bendor
Alexander W. Samuels
Joshua A. Katz
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-3333
Fax: (602) 542-8308
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

RESPECTFULLY SUBMITTED this 16th day of March, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**


By  /s/ *Joshua D. Bendor*
    Joshua D. Bendor
    Alexander W. Samuels
    Joshua A. Katz
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, AZ 85004

*Attorneys for Defendants*

1