# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

**IT IS ORDERED denying** Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 11) in so far as it requests a temporary restraining order.

**IT IS FURTHER ORDERED** that Defendants must respond to Plaintiff's Motion for Preliminary Injunction (Doc. 11) no later than **March 25, 2026, at noon (Arizona time)**. Plaintiff must file a reply in support of its motion (Doc. 11) no later than **March 31, 2026, at noon (Arizona time)**. The Court reaffirms its prior order modifying the page limitations as applied to the parties' briefing on Plaintiff's motion (Doc. 10).

**IT IS FURTHER ORDERED** that Plaintiff must show cause, no later than **March 20, 2026,** why this Court should not abstain from this case in light of the criminal proceedings brought by the State of Arizona against Plaintiff in state court. Defendants must file their response no later than **March 27, 2026**. Plaintiff must file their reply no later than **April 1, 2026, at noon (Arizona time)**. The parties' briefing shall be governed by the page limitations provided in Local Rule of Civil Procedure 7.2.

**IT IS FINALLY ORDERED** setting a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 11) and this Court's order to show cause for **April 3, 2026, at 1 p.m. (Arizona time)** in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before United States District Judge Michael T. Liburdi.[*] Counsel who plan to present argument must appear in-person. Any other attorney may appear telephonically by calling (855) 244-8681 and using Access Code: 2315-590-1901.

Dated this 16th day of March, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge

---

[*]Counsel for both Plaintiff and Defendants declined the Court's offer to hold an evidentiary hearing.

- 2 -