# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

The Court observes that the Anti-Injunction Act, 28 U.S.C. § 2283, may bar this Court from providing the injunctive relief Plaintiff requests. *See Barancik v. Invs. Funding Corp.*, 489 F.2d 933, 937 (7th Cir. 1973); *Denny's, Inc. v. Cake*, 364 F.3d 521, 528-31 (4th Cir. 2004); *Monster Beverage Corp. v. Herrera*, No. EDCV 13-00786-VAP (OPx), 2013 WL 12131740, at *10-11 (C.D. Cal. Dec. 16, 2013); *Easterday Dairy, LLC v. Fall Line Capital, LLC*, 2022 WL 17104572, at *8 (D. Or. Nov. 22, 2022).

**IT IS THEREFORE ORDERED** that the parties must file supplemental briefs, not to exceed five pages exclusive of the caption, signature block, and attachments, articulating their position on the issue no later than **March 31, 2026**. The parties must file responses, not to exceed five pages exclusive of the caption, signature block, and attachments, no later than **April 2, 2026**.

Dated this 27th day of March, 2026.

Michael T. Liburdi
United States District Judge