**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

KALSHIEX LLC,

        *Plaintiff,*

        v.

JACKIE JOHNSON, et al.,

        *Defendants*.

Civil Action No: 2:26-cv-01715-MTL

**[PROPOSED ORDER] GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

Upon Consideration of the Tribal Amici's Motion for Leave to File Amicus Curiae in Support of Defendants', and for good cause shown, it is hereby **ORDERED** that the Motion for Leave is **GRANTED**.

Dated:_____           _____
                                         Judge of the United States District Court

- 1-