Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)
SNELL & WILMER LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: alang@swlaw.com
        mjarvey@swlaw.com
        dflint@swlaw.com
        tgallup@swlaw.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
Email: nkatyal@milbank.com
        jsterling@milbank.com
        crohsinzdak@milbank.com
        whavemann@milbank.com

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email:  gmainland@milbank.com
        aporter@milbank.com

*Attorneys for Plaintiff*
*KalshiEX LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **JOINT STIPULATION DISMISSING DEFENDANTS ARIZONA DEPARTMENT OF GAMING AND DOUGLAS JENSEN WITHOUT PREJUDICE** |
| v. | |
| Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming; Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming; Arizona Department of Gaming; and Kristin K. Mayes, in her official capacity as Attorney General for the State of Arizona, | |
| Defendants. | |

4909-1034-1789

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff KalshiEX LLC ("Kalshi") and each of the Defendants hereby stipulate and agree that the above-captioned action is voluntarily dismissed, without prejudice, against the following Defendants: Arizona Department of Gaming and Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming. Each party agrees to bear its own costs in connection with this action. Good cause exists for this request.

Dismissal of the above-named Defendants would leave Attorney General Kristin K. Mayes and Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming, as the remaining Defendants in this action. This joint stipulation is made upon representation from counsel for Defendants that dismissal of Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming, would not affect Kalshi's ability to obtain any relief to which it might otherwise be entitled in this litigation.

SNELL & WILMER

- 1 -

4909-1034-1789

DATED: April 1, 2026

Respectfully submitted,

**SNELL & WILMER L.L.P.**

*/s/ Adam E. Lang*
Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)

and

Neal Katyal *(pro hac vice)*
Joshua B. Sterling *(pro hac vice)*
Colleen E. Roh Sinzdak *(pro hac vice)*
William E. Havemann *(pro hac vice)*
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland *(pro hac vice)*
Andrew L. Porter *(pro hac vice)*
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*


**KRISTIN K. MAYES**
**ATTORNEY GENERAL**


By */s/ William Y. Durbin (w/permission*)
Joshua D. Bendor
Alexander W. Samuels
Joshua A. Katz
William Y. Durbin
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592

4909-1034-1789

(602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
Joshua.Katz@azag.gov
William.Durbin@azag.gov
ACL@azag.gov

*Attorneys for Defendants*

4909-1034-1789