# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

KalshiEX LLC,

        Plaintiff,

v.

Jackie Johnson, et al.,

        Defendants.

No. CV-26-01715-PHX-MTL

**ORDER**

Under Federal Rule of Civil Procedure 42(a), consolidation of cases is appropriate "[i]f actions before the court involve a common question of law or fact." The Court has "broad discretion" under Rule 42(a) in determining whether to consolidate cases pending in the same district. *Invs. Rsch. Co. v. U.S. Dist. Ct. for the Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989). The Court must weigh "the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 742 F.2d 703, 704 (9th Cir. 1984).

For the reasons stated on the record, the Court finds that consolidation of the present case and case number CV-26-02246-PHX-DMF is appropriate pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule of Civil Procedure 42.1(e). Magistrate Judge Deborah M. Fine and Chief Judge Jennifer G. Zipps have been consulted, and both consent to the consolidation of these cases.

**IT IS ORDERED** directing the Clerk of Court to consolidate case number CV-26-01715-PHX-MTL with CV-26-02246-PHX-DMF. The Clerk of Court must file a

copy of this Order in both listed case numbers. All future filings shall bear case number CV-26-01715-PHX-MTL as the lead case and be submitted in substantially the same format as the caption of this Order. All future filings related to these cases shall be filed in CV-26-01715-PHX-MTL.

**IT IS FURTHER ORDERED** that this matter is directly reassigned to the Honorable Michael T. Liburdi. *See* LRCiv 42.1(e)(3).

Dated this 2nd day of April, 2026.

Michael T. Liburdi
United States District Judge

- 2 -