# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

Pursuant to discussions held at the Status Conference,

**IT IS ORDERED** that the parties must file a notice, no later than **April 3, 2026, at 9:00 a.m.**, stating whether an agreement has been reached that obviates the need for a temporary restraining order.

**IT IS FURTHER ORDERED** re-affirming the hearing set for **April 3, 2026, at 1:00 p.m.**, in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003. Counsel who plan to present argument must appear in-person. Counsel that is not present in Phoenix may appear by calling (855) 244-8681 a few minutes prior to the time set for the hearing and use Access Code: 2315-590-1901. Please avoid the use of headsets or speaker phone.

**IT IS FINALLY ORDERED** Defendants' counsel must notify Defendant Governor Katie Hobbs of this Order and the hearing set for **April 3, 2026, at 1:00 p.m.**

Dated this 2nd day of April, 2026.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge