**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Joshua D. Bendor (Bar No. 031908)
Alexander W. Samuels (Bar No. 028926)
William Y. Durbin (Bar No. 036941)
Joshua A. Katz (Bar No. 039449)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
William.Durbin@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL (Lead Case) |
| Plaintiff, | |
| v. | Consolidated with: No. CV-26-02246-PHX-DMF |
| Jackie Johnson, et al., | |
| Defendants. | **DEFENDANTS' NOTICE** |

Pursuant to the Court's Order (ECF No. 38), Defendants hereby provide the Court notice and state their position as follows:  In light of Kalshi's further concession in its brief filed late last night (ECF No. 40) that it does not seek to stay or enjoin the ongoing criminal proceedings (*see, e.g.*, at 2) ("Kalshi is not seeking an injunction against the current state-court proceedings"), Defendants decline to agree to voluntarily stay or postpone those proceedings.  Such a voluntary stay or postponement would not obviate any relief that has been sought in this case.  However, Defendants are willing to agree not to bring any ***other*** enforcement actions against Kalshi until May 11, 2026, to provide the Court with time to decide Kalshi's pending motion for a preliminary injunction and the United States' forthcoming motion for a preliminary injunction.

RESPECTFULLY SUBMITTED this 3rd day of April, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  /s/ *William Y. Durbin*
Joshua D. Bendor
Alexander W. Samuels
William Y. Durbin
Joshua A. Katz
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004

*Attorneys for Defendants*