## Lang, Adam

| | |
|---|---|
| **From:** | Bendor, Joshua <Joshua.Bendor@azag.gov> |
| **Sent:** | Friday, April 3, 2026 9:05 AM |
| **To:** | Havemann, Will; Heller, Nola; Laroche, Matthew; Durbin, William |
| **Cc:** | Katz, Joshua; Porter, Andrew; Mainland, Grant; Garcia, Kelly; Valente, Nicole; Gallup, Taryn J.; Lang, Adam; Fell, Katherine; Jarvey, Matt; Sterling, Joshua; Novak, Edward; Samuels, Alexander; Roh Sinzdak, Colleen; Barr, Daniel |
| **Subject:** | RE: Kalshi v. Johnson - Gaming defendants |

**[EXTERNAL]** joshua.bendor@azag.gov

---

Understood, we will do so.

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Friday, April 3, 2026 9:02 AM
**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** RE: Kalshi v. Johnson - Gaming defendants

Josh, our filing is already finalized and in process of being filed now, so we won't be able to include the statement. Under the circumstances we think it makes sense for you to file your position separately.

Will

Will Havemann | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7518
whavemann@milbank.com | milbank.com

**From:** Bendor, Joshua <Joshua.Bendor@azag.gov>
**Sent:** Friday, April 3, 2026 11:56 AM
**To:** Havemann, Will <whavemann@milbank.com>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** [EXT] RE: Kalshi v. Johnson - Gaming defendants

1

Then please include the following for Defendants:

Defendants state their position as follows. In light of Kalshi's further concession in its brief filed late last night (ECF No. 40) that it does not seek to stay or enjoin the ongoing criminal proceedings (*see, e.g.*, at 2)("Kalshi is not seeking an injunction against the current state-court proceedings"), Defendants decline to agree to voluntarily stay or postpone those proceedings. Such a voluntary stay or postponement would not obviate any relief that has been sought in this case. However, Defendants are willing to agree not to bring any *other* enforcement actions against Kalshi until May 11, 2026, to provide the Court with time to decide Kalshi's pending motion for a preliminary injunction and the United States' forthcoming motion for a preliminary injunction.

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Friday, April 3, 2026 8:55 AM
**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** RE: Kalshi v. Johnson - Gaming defendants

Yes, we plan to notify the court of our position.

Will Havemann | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7518
whavemann@milbank.com | milbank.com

**From:** Bendor, Joshua <Joshua.Bendor@azag.gov>
**Sent:** Friday, April 3, 2026 11:54 AM
**To:** Havemann, Will <whavemann@milbank.com>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** [EXT] RE: Kalshi v. Johnson - Gaming defendants

I understand our differing views on the subject.

Do you intend to inform the court of your position on these negotiations? If so, I will send you a paragraph to include stating our position.

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Friday, April 3, 2026 8:50 AM
**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** RE: Kalshi v. Johnson - Gaming defendants

Hi Josh, we're unable to agree to that proposal, so we will inform the court that we've been unable to reach an agreement. We also, of course, emphatically dispute that there has been any such concession. See Br. n1 ("Defendants have suggested that, in arguing that issue preclusion applies, Kalshi somehow conceded that its requested injunctive relief is not an impediment to the ongoing state prosecution. That is incorrect. Kalshi clarified that although it had not sought an order against the state court itself, the effect of Kalshi's requested relief would nonetheless bring those state proceedings to a close because of preclusion. Pl.'s AIA Br. 2. In saying as much, Kalshi did not disclaim that its requested injunction would *also* prevent the state officials from taking any further actions in the ongoing criminal prosecution.").

Will

Will Havemann | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7518
whavemann@milbank.com | milbank.com


**From:** Bendor, Joshua <Joshua.Bendor@azag.gov>
**Sent:** Friday, April 3, 2026 11:41 AM
**To:** Havemann, Will <whavemann@milbank.com>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>; Bendor, Joshua <Joshua.Bendor@azag.gov>
**Subject:** [EXT] RE: Kalshi v. Johnson - Gaming defendants

Will, thanks for your email. We have been deliberating on our position, including in light of last night's briefing. In light of Kalshi's further concession in its briefing last night that it is not seeking to stay or enjoin the state court proceedings, Defendants see no reason to postpone the arraignment at this time. As you know, parties do not agree to terms that go beyond what the moving party could get from the court. Defendants are however willing to agree not to file any other enforcement actions against Kalshi before May 11, 2026. I believe this obviates the need for the only TRO Kalshi could even conceivably get (without conceding any defenses). If you agree, let's file a notice stating our agreement. If you disagree, let's file a notice stating that we've conferred but have been unable to reach an agreement. I'm available at my desk, 602 542 8958, if you want to talk.

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Friday, April 3, 2026 8:26 AM

**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** RE: Kalshi v. Johnson - Gaming defendants

Josh, we haven't heard from you since Andrew's email last night sent at 9:47 pacific or my follow-up email this morning sent about an hour ago. We're becoming concerned about our ability to meet Judge Liburdi's 9am deadline for notifying him whether the parties have reached an agreement, given the time it will take to prepare and file a notice. If we don't hear from you by 8:35 AM pacific, we'll plan to file a notice from Kalshi noting what we have proposed in terms of an agreement with you and noting that we did not hear back from you by the time needed to comply with the Court's 9am deadline. If you need more time to consider our proposal, please let me know as soon as possible, and no later than 8:35 AM, which is as late as we can reasonably leave this while complying with the order. The language that we proposed in my prior email is pasted below.

Thanks,
Will


Pursuant to the Court's April 2, 2026 Order (ECF No. 38), Plaintiff KalshiEX LLC ("Kalshi") and Defendants Kristin Mayes, in her official capacity as Attorney General for the State of Arizona and Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming ("Defendants"), hereby jointly provide notice that they have met-and-conferred and reached an agreement that obviates the need for the Court to enter a temporary restraining order at this time. Kalshi and Defendants have agreed that the State of Arizona will promptly seek a four-week adjournment in the criminal case pending in Maricopa County Superior Court against Kalshi and a Kalshi Affiliate (Case Nos. CR2026-000173-001 and CR2026-000173-002 ("the Criminal Case")), and that the State of Arizona will request that the Criminal Case be stayed for a period of four weeks from the current scheduled arraignment date of April 13, 2026 until May 11, 2026. The parties have further agreed that the State of Arizona will submit a copy of this notice to the Maricopa County Superior Court in conjunction with those requests. The purpose of the adjournment and stay is to allow consolidated plaintiffs the United States of America and the Commodity Futures Trading Commission to file their anticipated motion for a preliminary injunction, for the Court to receive briefing on that anticipated motion, and argument on both that motion and Kalshi's pending Motion for Preliminary Injunction (ECF No. 11). The parties agree to confer by May 4, 2026 to the extent the motions have not yet been decided and provide a prompt update to the Court as to proposed next steps. Kalshi and Defendants further agree not to initiate any other proceedings against one another concerning the subject matter of these cases while the stay is in place.

Will Havemann | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7518
whavemann@milbank.com | milbank.com


**From:** Havemann, Will
**Sent:** Friday, April 3, 2026 10:32 AM

**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** RE: Kalshi v. Johnson - Gaming defendants

Hi Josh, following up on Andrew's email from last night, and with an eye to Judge Luburdi's 9am deadline for notifying him whether we have reached an agreement, we've edited the proposed notice (redline attached) in a way that we hope addresses your concern. If it looks ok to you, let us know, and we can get it formatted and filed asap. If you have any concerns, please let us know, and it may be most efficient to speak rather than to try to hash them out over email.

Thanks,
Will

Will Havemann | Milbank | Partner
1101 New York Avenue, NW | Washington D.C. 20005-4269
T: +1 202.835.7518
whavemann@milbank.com | milbank.com

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Friday, April 3, 2026 12:47 AM
**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** RE: Kalshi v. Johnson - Gaming defendants

Josh,

Our goal is to avoid burdening the Court with the need to enter a TRO in a situation where the parties wish to provide the Court with sufficient time to receive briefing on the United States's forthcoming motion, hear argument, and render a decision. Perhaps that can be done in 28 days, but that is unknowable at the moment. Is the state's sole objection to our proposal related to the 28 days? If so, we propose that the parties agree to 28 days, but add a provision to meet and confer about an extension in the event the motion schedule, or the Court's desired period for deliberation, makes 28 days unworkable. In doing so, we note (1) we are seeking to avoid a TRO so Rule 65 would not apply to our agreement, and (2) even if the rule did apply, it permits a party to consent to entry of a TRO longer than 28 days. If that concept works for Defendants we will circulate an updated draft. In any event, please identify which portions of our proposal, if any, the state objects to beyond the time period.

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163

T: +1 212.530.5361
APorter@milbank.com | milbank.com

**From:** Bendor, Joshua <Joshua.Bendor@azag.gov>
**Sent:** Thursday, April 2, 2026 11:54 PM
**To:** Heller, Nola <nheller@milbank.com>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Havemann, Will <whavemann@milbank.com>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>; Barr, Daniel <Daniel.Barr@azag.gov>
**Subject:** [EXT] Re: Kalshi v. Johnson - Gaming defendants

Thanks Nola. But the most we can agree to is to request to the postpone the arraignment by 28 days. In addition to the reasons I noted on our call, under Rule 65 a TRO could not last any longer, even with an extension.

**From:** Heller, Nola <nheller@milbank.com>
**Sent:** Thursday, April 2, 2026 8:18 PM
**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Havemann, Will <whavemann@milbank.com>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>
**Subject:** Re: Kalshi v. Johnson - Gaming defendants

All,

Thanks for the call earlier today. Attached is a proposed joint notice for your consideration. If we can agree on terms, it looks like the Court has asked us to submit the notice before 9am PT tomorrow. Let us know and thanks.

Best,
Nola

Nola B. Heller | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5108
nheller@milbank.com | milbank.com

**From:** Bendor, Joshua <Joshua.Bendor@azag.gov>
**Sent:** Thursday, April 2, 2026 7:32:53 PM
**To:** Laroche, Matthew <MLaroche@milbank.com>; Durbin, William <William.Durbin@azag.gov>

6

**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Havemann, Will <whavemann@milbank.com>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Heller, Nola <nheller@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>
**Subject:** [EXT] RE: Kalshi v. Johnson - Gaming defendants

Matt, thanks for your email. We could do a call at 4:45pm PT today. If that still works for you, please circulate an invite. If not, let's do 9am PT tomorrow.

---

**From:** Laroche, Matthew <MLaroche@milbank.com>
**Sent:** Thursday, April 2, 2026 3:42 PM
**To:** Bendor, Joshua <Joshua.Bendor@azag.gov>; Durbin, William <William.Durbin@azag.gov>
**Cc:** Katz, Joshua <Joshua.Katz@azag.gov>; Havemann, Will <whavemann@milbank.com>; Porter, Andrew <APorter@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>; Gallup, Taryn J. <tgallup@swlaw.com>; Lang, Adam <alang@swlaw.com>; Fell, Katherine <kfell@milbank.com>; Heller, Nola <nheller@milbank.com>; Jarvey, Matt <mjarvey@swlaw.com>; Sterling, Joshua <jsterling@milbank.com>; Novak, Edward <Edward.Novak@azag.gov>; Samuels, Alexander <Alexander.Samuels@azag.gov>; Roh Sinzdak, Colleen <crohsinzdak@milbank.com>
**Subject:** RE: Kalshi v. Johnson - Gaming defendants

Josh and Will:

Please let us know if you're available to talk today. Though the Court said we should have a call tomorrow morning, we think we should get the ball rolling today given all the parties involved. Will is on a flight but other members of the team and I are available.

Our strong sense is that Judge Liburdi would like us to work together to avoid the need for the court to consider and rule on an application for a temporary restraining order in light of the United States' case. We're happy to discuss the contours of an agreement to stay the underlying criminal proceedings to allow the Court to consider our PI motion and the CFTC's motion for preliminary relief, which we understand it'll be filing soon. As Will outlined during the status conference, we think staying the criminal case pending the resolution of the PI motion makes the most sense given today's developments.

Let us know when might be convenient for you and your team for a call.

Thanks,
Matt

Matthew Laroche | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5514
MLaroche@milbank.com | milbank.com