Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)
SNELL & WILMER LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone:   602.382.6000
Facsimile:   602.382.6070
Email: alang@swlaw.com
       mjarvey@swlaw.com
       dflint@swlaw.com
       tgallup@swlaw.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
Email: nkatyal@milbank.com
       jsterling@milbank.com
       crohsinzdak@milbank.com
       whavemann@milbank.com

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: gmainland@milbank.com
       aporter@milbank.com

*Attorneys for Plaintiff*
*KalshiEX LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

Plaintiff KalshiEX LLC ("Kalshi"), by and through its undersigned counsel, respectfully submits this Notice of Supplemental Authority to advise the Court of a recent Third Circuit decision affirming the grant of a preliminary injunction to Kalshi. The Ninth Circuit will hear consolidated oral arguments on April 16, 2026, addressing several of the same legal questions at issue in the Third Circuit's decision.

In *KalshiEX LLC v. Flaherty*, No. 25-1922 (3d Cir.), Dkt. 105 (Apr. 6, 2026) ("Op."), submitted with this Notice, the Third Circuit became the first court of appeals to decide whether Kalshi is entitled to a preliminary injunction on the ground that the Commodity Exchange Act ("CEA") preempts state gambling laws as applied to Kalshi. The Third Circuit held that the CEA "preempts state laws that directly interfere with swaps traded on DCMs" and "Kalshi's sports-related event contracts are swaps traded on a CFTC-licensed DCM, so the CFTC has exclusive jurisdiction." Op. 4. The court concluded that "Kalshi's sports-event contracts fit comfortably" within the "swap" definition because "[t]he outcome of a sports event ***certainly*** can be associated with a potential financial, economic, or commercial consequence," such as consequences for "sponsors, advertisers," and other stakeholders. Op. 8 (emphasis added). The court then held "that both field and conflict preemption apply" to prohibit the state from regulating sports-related event contracts on CFTC-licensed DCMs. Op. 4, 9. In response to the state's contention that a presumption against preemption applies in the context of state gambling laws, the court explained that "the text preempts state gambling laws that seek to regulate futures trading," and that no presumption can overcome the clear statutory text, especially given that "the federal government has regulated the derivatives market for over a century." Op. 13-14.

Regarding the balance of harms and the equities, the court determined Kalshi established that it would incur irreparable harm absent injunctive relief based on the state's threat to impose civil and criminal penalties and the resulting economic and reputational harm to Kalshi. Op. 16-17. And the court noted that "the public interest is best served by enforcing the Act," and "the public interest factors tip toward Kalshi." Op. 17.

DATED: April 6, 2026

Respectfully submitted,

**SNELL & WILMER L.L.P.**


*/s/ Matt Jarvey*

Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)

and

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*