TIMOTHY COURCHAINE
  U.S. Attorney for the District of Arizona
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
(602) 514-7500


BRETT A. SHUMATE
  Assistant Attorney General
  Civil Division

YAAKOV M. ROTH
  Principal Deputy Assistant Attorney
  General

TIBERIUS DAVIS
  Counsel to the Assistant Attorney
  General
450 5th St NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970
*Attorneys for the United States of
America*

TYLER S. BADGLEY
  General Counsel
M. JORDAN MINOT
  Deputy General Counsel
ANNE STUKES
  Senior Assistant General Counsel
CARLIN METZGER
  Assistant General Counsel
U.S. Commodity Futures Trading
  Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
jminot@cftc.gov
(202-209-1087
*Attorneys for the Commodity Futures
Trading Commission*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| KalshiEX LLC, | Case No: |
| Plaintiff, | CV-26-01715-PHX-MTL |
| THE UNITED STATES OF AMERICA; and COMMODITY FUTURES TRADING COMMISSION | Hon. Michael T. Liburdi |
| Consolidated Plaintiffs, | **MOTION OF PLAINTIFFS UNITED STATES AND CFTC** |
| v. | **TO EXCEED PAGE LIMIT FOR** |
| Jackie Johnson, *et al.*, | **MOTION FOR TEMPORARY RESTRAINING ORDER AND** |
| Defendants, | **PRELIMINARY INJUNCTION** |
| STATE OF ARIZONA, *et al.* | |
| Consolidated Defendants. | |

On April 2, 2026, the United States and the Commodity Futures Trading Commission ("Consolidated Plaintiffs") initiated Case No. 2:26-cv-02246-MTL by filing

their Complaint.  On the same date, this Court consolidated the case with *KalshiEX LLC v. Johnson*, No. CV-26-01715-PHX-MTL.  ECF No. 37.  Consolidated Plaintiffs the United States and the Commodity Futures Trading Commission ("CFTC") intend to move this Court for a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") this afternoon, April 8, 2026.

Under LRCiv 7.2(e), Consolidated Plaintiffs now seek the Court's permission to exceed the standard page limits set by LRCiv 7.2(e)(1) and to submit a 20-page brief. Valid grounds exist for this extension.  Consolidated Plaintiffs' Motion will ask the Court to enjoin and temporarily restrain Defendants from infringing upon the federal government's exclusive jurisdiction to regulate derivatives trading on CFTC-registered exchanges. 7 U.S.C. § 2(a)(1)(A).  The brief requires a detailed explanation of the CFTC's longstanding role as the exclusive regulator of derivatives markets, the reasons federal law preempts Arizona's application of state law to contracts that trade on federally regulated markets, and the harm stemming from state interference with the federal government's exclusive jurisdiction.  This Court previously granted 25 pages per side for briefing on KalshiEX's motion for temporary restraining order and preliminary injunction motion concerning the same issues, with a 15-page reply brief.  Dkt. 10, Order (Mar. 13, 2026).

Given the breadth of analysis necessary to articulate these points, the United States and the CFTC request that the Court permit a 20-page limit for Consolidated Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, exclusive of the caption, tables, signature block, and attachments.  Consolidated Plaintiffs consent to a 20-page limit for Defendants' response to Consolidated Plaintiffs' forthcoming motion, and respectfully request permission for Consolidated Plaintiffs to file a reply of 15 pages or less.

2

Dated: April 8, 2026          Respectfully submitted,


By: */s/ Tiberius Davis*                    */s/ M. Jordan Minot*

*Attorneys for the United States of America*
TIMOTHY COURCHAINE
U.S. Attorney for the District of Arizona
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
(602) 514-7500

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

*Attorneys for the Commodity Futures Trading Commission*
Tyler S. Badgley
General Counsel
M. Jordan Minot
Deputy General Counsel
Anne Stukes
Senior Assistant General Counsel
Carlin Metzger
Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
Tel:  (202) 209-1087
Fax:  (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov

3