**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

_____

|  |  |
|---|---|
| KalshiEX LLC, ) | Case No:  CV-26-01715- |
| Plaintiff, ) | PHX-MTL |
| ) | |
| THE UNITED STATES OF ) | **ORDER GRANTING** |
| AMERICA; and COMMODITY ) | **CONSOLIDATED** |
| FUTURES TRADING ) | **PLAINTIFFS' MOTION** |
| COMMISSION ) | **TO EXCEED PAGE** |
| ) | **LIMITS FOR MOTION** |
| Consolidated Plaintiffs, ) | **FOR TEMPORARY** |
| ) | **RESTRAINING ORDER** |
| v. ) | **AND PRELIMINARY** |
| Jackie Johnson, *et al.*, ) | **INJUNCTION** |
| Defendants, ) | |
| STATE OF ARIZONA, *et al.* ) | |
| Consolidated Defendants. ) | |

Before the Court is the Motion of Plaintiffs the United States and Commodity Futures Trading Commission for Leave to Exceed the Page Limitation set forth in LRCiv 7.2(e)(1) for a forthcoming Motion for Temporary Restraining Order and Preliminary Injunction.  Having considered the Motion the Court finds that there is good cause to grant leave to exceed the page limitation.

**IT IS THERFORE ORDERED** that the Motion is **GRANTED**. Plaintiffs may file a Motion for Temporary Restraining Order and Preliminary Injunction,

not to exceed 20 pages in length, exclusive of the caption, tables, signature block, and attachments.

**IT IS FURTHER ORDERED** that Defendants may file a response to Plaintiff's forthcoming motion, not to exceed 20 pages in length.

**IT IS FINALLY ORDERED** that Plaintiffs may file a reply in support of their forthcoming motion, not to exceed 15 pages.