**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| KalshiEX LLC, | ) ) | Case No:  CV-26-01715- PHX-MTL |
| Plaintiff, | ) | |
| THE UNITED STATES OF AMERICA; and COMMODITY FUTURES TRADING COMMISSION | ) ) ) ) ) | **ORDER** |
| Consolidated Plaintiffs, | ) | |
| v. | ) ) | |
| Jackie Johnson, *et al.*, | ) | |
| Defendants, | ) ) | |
| STATE OF ARIZONA, *et al.* | ) ) | |
| Consolidated Defendants. | ) ) | |

Pending before the Court is the Motion for a Preliminary Injunction and Temporary Restraining Order filed by Consolidated Plaintiffs the United States of America ("United States") and the Commodity Futures Trading Commission ("CFTC"). For the reasons stated below, the Court **GRANTS** the motion:

1. The United States and CFTC are likely to succeed on the merits of their claims that Arizona's state gambling or wagering laws as applied to event contracts traded on designated contract markets ("DCMs") regulated by the CFTC are preempted by the Commodity Exchange Act, 7 U.S.C. §1, *et seq.*;

1

2.     Absent an injunction, the United States and the CFTC will suffer irreparable harm if Defendants are permitted to enforce Arizona state gambling or wagering laws and regulations against CFTC-regulated Designated Contract Markets;

3.     The United States and CFTC have no adequate remedy at law; and

4.     The balance of equities favors granting the motion of the United States and CFTC.

**IT IS ORDERED** that the United States' and CFTC's motion for a temporary restraining order and preliminary injunction is **GRANTED**. Defendants are enjoined from pursuing criminal or civil enforcement actions related to event contracts listed on CFTC-regulated DCMs, including further criminal enforcement activity against CFTC-regulated DCMs.