# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

KalshiEX LLC,

       Plaintiff,

v.

Jackie Johnson, et al.,

       Defendants.

No. CV-26-01715-PHX-MTL

**ORDER**

Pursuant to discussions with the parties held on the record,

**IT IS ORDERED** setting a hearing on Consolidated Plaintiffs United States and Commodity Futures Trading Commission's ("Consolidated Plaintiffs") Motion for Temporary Restraining Order (part of Doc. 49) for **April 10, 2026, at 2:00 p.m.**, in Courtroom 504, 401 West Washington Street, Phoenix, Arizona 85003 before Judge Michael T. Liburdi. Counsel may appear in person or by telephone. Counsel may appear telephonically by calling (855) 244-8681 and using Access Code: 2315-590-1901. Please avoid the use of speakerphones and headsets.

**IT IS FURTHER ORDERED** that Consolidated Plaintiffs and Defendants must simultaneously file briefs no later than **April 10, 2026, at noon**, concerning the federal government's Motion for Temporary Restraining Order (part of Doc. 49). The briefs must not exceed twelve (12) pages, exclusive of the caption and signature block. The briefs must address the Anti-Injunction Act, laches defense, and irreparable harm. The parties may present argument on any other issues that they believe is material to the Court's

consideration of Consolidated Plaintiffs' Motion for Temporary Restraining Order (part of Doc. 49).

**IT IS FINALLY ORDERED** that Defendants must notify Presiding Judge Pamela Gates for the Arizona Superior Court in Maricopa County of this Order and the hearing set for tomorrow. The Court will permit legal counsel for the Arizona Superior Court to make a special appearance, if desired.

Dated this 9th day of April, 2026.

Michael T. Liburdi
United States District Judge

- 2 -