# Exhibit A





GOVERNOR  KATIE HOBBS                                    DIRECTOR  JACKIE JOHNSON

May 21, 2025

**Sent Via U.S. Mail:**

**Crypto.com**
Mr. Kris Marszalek, Chief Executive Officer
Mr. Eric Anziani, President & COO
1 Raffles Quay, #25-01
Singapore 048583

**And Via Email to:**

kris.marszalek@crypto.com
eric.anziani@crypto.com

Re: **Cease and Desist – Crypto.com Online Gaming**

Dear Messrs. Marszalek and Anziani,

It has come to the attention of the Arizona Department of Gaming (the "Department") that you,
Crypto.com ("Crypto"), are enabling the purchase of "contracts" in Arizona on future events including
sports. Whether a contract will pay its buyer depends on whether that person correctly predicted the
result of the event and bought a contract for the correct outcome. This amounts to Crypto taking
wagers, defined in A.R.S. § 5-1301(23)(a) as "a sum of money or thing of value risked on an uncertain
occurrence."

"Event wagering" is defined in Arizona to mean, "accepting wagers on sports events or other events . . .
by any system or method of wagering, including in person or over the Internet through websites and on
mobile devices." A.R.S. § 5-1301(4)(a). The operation of event wagering in Arizona is allowed only if
conducted pursuant to A.R.S. §§ 5-1301 et seq., which requires, among other things, licensure. See e.g.,
A.R.S. § 5-1303(A). Crypto is not licensed and its operation of event wagering in Arizona is illegal.

The Department recognizes Crypto's attempt to legitimize its conduct by labeling it as "Sports Event
Trading" regulated by the Commodity Futures Trading Commission. No matter what terms you use,
there is no meaningful difference between buying one of your offered contracts and placing a bet with
any other sportsbook. And, despite your claim that Crypto is "fully regulated" in all fifty (50) U.S. states,
you are avoiding the regulatory requirements in Arizona to include licensing and background
investigations, the prohibition on wagers by persons under twenty-one (21) years of age, and
requirements relating to integrity monitoring and problem gambling.

Given the lack of licensure and compliance with Arizona statutes and regulations related to event
wagering, online gambling as operated by Crypto in Arizona, whether through the website
https://crypto.com/us, the Crypto mobile applications, or otherwise, is illegal. For example, absent some

Crypto.com
May 21, 2025
Page **2** of **2**

exception (none of which apply to Crypto), it is a crime in Arizona to engage in the business of accepting wagers "with respect to the result or purported result of any race, sporting event, contest or other game of skill or chance or any other unknown or contingent future event or occurrence whatsoever." A.R.S. § 13-3305(A).

The Department requires that Crypto cease gambling operations in Arizona and desist from engaging in those activities in the future. Failure to do so is further evidence of your ongoing knowing and willful violation of the law. Note that, among other things, Crypto is subject to a potential restitution award for those who lost money, and an action forfeiting all monies it acquired, because of its illegal conduct. See e.g., A.R.S. §§ 13-804 and 13-2314.

The statutes and criminal violations referred to in this letter are not exhaustive. This letter is intended only to place you on notice that the Department is aware of Crypto's conduct and to direct you to take immediate steps to comply with Arizona law. Future actions may include the filing of criminal charges or a civil action against Crypto and/or its principals or employees.

Sincerely,

Douglas Jensen
Chief Law Enforcement Officer
Arizona Department of Gaming