**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Joshua D. Bendor (Bar No. 031908)
Alexander W. Samuels (Bar No. 028926)
William Y. Durbin (Bar No. 036941)
Joshua A. Katz (Bar No. 039449)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
William.Durbin@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | Hon. Michael T. Liburdi |
| THE UNITED STATES OF AMERICA; and COMMODITY FUTURES TRADING COMMISSION, | **JOINT STIPULATION DISMISSING DEFENDANTS GOVERNOR KATIE HOBBS, ARIZONA DEPARTMENT OF GAMING, AND DOUGLAS JENSEN WITHOUT PREJUDICE** |
| Consolidated Plaintiffs, | |
| v. | |
| Jackie Johnson, *et al.*, | |
| Defendants, | |
| STATE OF ARIZONA, *et al.* | |
| Consolidated Defendants | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the United States of America and the Commodity Futures Trading Commission ("Consolidated Plaintiffs") and each of the Defendants hereby stipulate and agree that the above-captioned action is voluntarily dismissed, without prejudice, against the following Defendants: Katie Hobbs, in her official capacity as Governor of Arizona; the Arizona Department of Gaming; and Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming. Each party agrees to bear its own costs in connection with this action. Good cause exists for this request.

Dismissal of the above-named Defendants would leave the State of Arizona, Attorney General Kristin K. Mayes, and Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming, as the remaining Defendants in this consolidated action. This joint stipulation is made upon representation from counsel for Defendants that dismissal of Katie Hobbs, in her official capacity as Governor of Arizona, the Arizona Department of Gaming, and Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Arizona Department of Gaming, would not affect Consolidated Plaintiffs' ability to obtain any relief to which they might otherwise be entitled in this litigation.

RESPECTFULLY SUBMITTED this 13th day of April, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  */s/ William Y. Durbin*
　　Joshua D. Bendor
　　Alexander W. Samuels
　　William Y. Durbin
　　Joshua A. Katz
　　Office of the Arizona Attorney General
　　2005 N. Central Ave.
　　Phoenix, AZ 85004

*Attorneys for Defendants*

1

By /s/ Tiberius Davis (w/ permission)
*Attorneys for the United States of America*

TIMOTHY COURCHAINE
U.S. Attorney for the District of Arizona
40 N. Central Avenue,
Suite 1800 Phoenix, AZ 85004
(602) 514-7500

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

/s/ M. Jordan Minot (w/ permission)
*Attorneys for the Commodity Futures Trading Commission*

Tyler S. Badgley
General Counsel
M. Jordan Minot
Deputy General Counsel
Anne Stukes
Senior Assistant General Counsel
Carlin Metzger
Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 209-1087
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov