# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

Having considered the Consolidated Plaintiffs' and Defendants' Joint Stipulation Dismissing Defendants (Doc. 69), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 69) is **GRANTED**.

**IT IS FURTHER ORDERED** dismissing, without prejudice, Defendants Katie Hobbs, in her official capacity as Governor of Arizona; the Arizona Department of Gaming; and Douglas Jensen, in his official capacity as Chief Law Enforcement Officer of the Department of Gaming. Each party is to bear its own attorneys' fees and costs incurred in connection with this action.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate the above-named Defendants as parties to this action.

Dated this 13th day of April, 2026.

Michael T. Liburdi
United States District Judge