Sean J. O'Hara (#024749)
Kercsmar & O'Hara
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480) 776-3432
sjo@kandolaw.com

*[Counsel Continued on Signature Block]*

*Attorneys for North American Derivatives Exchange, Inc.,*
*d/b/a Crypto.com | Derivatives North America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC,<br><br>                    Plaintiff,<br><br>The United States of America; and<br>Commodity Futures Trading Commission,<br><br>                    Consolidated Plaintiffs,<br><br>v.<br><br>Jackie Johnson, et al.,<br><br>                    Defendants,<br><br>State of Arizona, et al.,<br><br>                    Consolidated Defendants. | No. CV-26-01715-PHX-MTL<br>No. CV-26-02246-PHX-DMF<br><br>Hon. Michael T. Liburdi<br><br>**JOINT STIPULATION AND PROPOSED ORDER GRANTING INTERVENTION BY NORTH AMERICAN DERIVATIVES EXCHANGE, INC., D/B/A CRYPTO.COM | DERIVATIVES NORTH AMERICA** |

WHEREAS, on April 10, 2026, Proposed Intervenor-Plaintiff North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America ("CDNA") filed a Motion to Intervene in this action (ECF No. 58) and a Proposed Joinder to Consolidated Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 63);

WHEREAS, prior to filing the Motion to Intervene, CDNA conferred with the parties and noted their positions in its motion (ECF No. 58);

WHEREAS, the United States of America and the Commodity Futures Trading Commission ("CFTC") take no position on CDNA's motion;

WHEREAS, KalshiEX LLC ("Kalshi") indicated it had no objection to CDNA's motion, provided that the motion would not impact the timing of a decision on Consolidated Plaintiffs' Motion for Temporary Restraining Order;

WHEREAS, on April 10, 2026, the Court held a hearing on Consolidated Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 49);

WHEREAS, on April 10, 2026, the Court granted the Consolidated Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order insofar as it requests a temporary restraining order (ECF No. 65);

WHEREAS, since the hearing, CDNA and the State of Arizona, Attorney General Kristin K. Mayes, and Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming (collectively, "Defendants") have met and conferred regarding Defendants' position on CDNA's Motion to Intervene; and

WHEREAS, without conceding or accepting any of CDNA's arguments, Defendants do not oppose CDNA's Motion to Intervene in this matter. Defendants' position is based upon the representation from CDNA's counsel that it will join the Consolidated Plaintiffs' motion for a preliminary injunction and not file a separate motion, and that it will join in the Consolidated Plaintiffs' opening brief in support of that motion and not file a separate substantive opening brief. To the extent that any further briefing is required, CDNA will work in good faith to avoid making any duplicative arguments and will only submit separate substantive briefing to the extent it believes necessary to protect its legal arguments.

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of this Court, as follows:

1. CDNA's Motion to Intervene pursuant to Federal Rule of Civil Procedure 24 (ECF No. 58) is granted.

2. CDNA is added as Intervenor-Plaintiff in this consolidated action.

3. CDNA is permitted to file the Complaint (ECF No. 61) in this consolidated action.

4. CDNA joins Consolidated Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 49).

RESPECTFULLY SUBMITTED this 20th day of April, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By */s/ William Y. Durbin*
    Joshua D. Bendor
    Alexander W. Samuels
    William Y. Durbin
    Joshua A. Katz
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, AZ 85004

*Attorneys for Defendants*

*/s/ Sean J. O'Hara*

Sean J. O'Hara (#024749)
Kercsmar & O'Hara
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480) 776-3432
sjo@kandolaw.com

David Meister (*pro hac vice* forthcoming)
Robert A. Fumerton (*pro hac vice* forthcoming)
Judith A. Flumenbaum (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky (*pro hac vice* forthcoming)
Parker Rider-Longmaid (*pro hac vice* forthcoming)
Sylvia O. Tsakos (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com

Nowell D. Bamberger (*pro hac vice* forthcoming)

Matthew C. Solomon (*pro hac vice* forthcoming)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*