# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

**IT IS ORDERED** setting a Status Conference on the parties' Joint Status Report (Doc. 80) and Proposed Intervenor North American Derivatives Exchange, Inc.'s Motion to Intervene (Doc. 58) for **April 22, 2026, at 2:30 p.m.,** in Courtroom 502, 401 West Washington Street, Phoenix, Arizona 85003 before Judge Michael T. Liburdi. Counsel may appear in person or by telephone. Counsel may appear telephonically by calling (855) 244-8681 and using Access Code: 2315-590-1901. Please avoid the use of speakerphones and headsets.

Dated this 21st day of April, 2026.

Michael T. Liburdi
United States District Judge