Sean J. O'Hara (#024749)
Kercsmar & O'Hara
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480) 776-3432
sjo@kandolaw.com

*[Counsel Continued on Signature Block]*

*Attorneys for North American Derivatives Exchange, Inc.,
d/b/a Crypto.com | Derivatives North America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL<br>No. CV-26-02246-PHX-DMF |
| Plaintiff, | |
| | Hon. Michael T. Liburdi |
| The United States of America; and<br>Commodity Futures Trading Commission, | |
| Consolidated Plaintiffs, | **PROPOSED JOINDER BY NORTH AMERICAN DERIVATIVES EXCHANGE, INC., D/B/A CRYPTO.COM | DERIVATIVES NORTH AMERICA TO CONSOLIDATED PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER [ECF NO. 49]** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants, | |
| State of Arizona, et al., | |
| Consolidated Defendants. | |

Proposed Intervenor-Plaintiff North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America ("CDNA") respectfully joins in *Consolidated Plaintiffs' Motion for Preliminary Injunction and Temporary Restraining Order* (ECF No. 49), filed April 8, 2026, to the extent that the motion is applicable to CDNA, and moves for a preliminary injunction and temporary restraining order on the same grounds asserted in the motion.

Dated this 10th day of April, 2026.

*s/ Sean J. O'Hara*

Sean J. O'Hara (#024749)
Kercsmar & O'Hara
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480) 776-3432
sjo@kandolaw.com

David Meister (*pro hac vice* forthcoming)
Robert A. Fumerton (*pro hac vice* forthcoming)
Judith A. Flumenbaum (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky (*pro hac vice* forthcoming)
Parker Rider-Longmaid (*pro hac vice* forthcoming)
Sylvia O. Tsakos (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com

Nowell D. Bamberger (*pro hac vice* forthcoming)
Matthew C. Solomon (*pro hac vice* forthcoming)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*