

FILED ✓    ___ LODGED
___ RECEIVED    ___ COPY

APR 3 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Yaakov M Roth
US Attorney General's Office

450 5th St. NW
Washington, DC 20001

(Doc 53)

---



**CLERK, UNITED STATES DISTRICT COURT**
**SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130**
**401 W. WASHINGTON ST., SPC - 1**
**PHOENIX, AZ 85003-2118**

**OFFICIAL BUSINESS**

PHOENIX AZ 852

9 APR 2026 PM 9 L

quadient

FIRST-CLASS MAIL
IMI
$001.03
04/09/2026 ZIP 85003
043M31237949

US POSTAGE

RECEIVED

APR 3 0 2026

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    171    DE 1    0004/25/26

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 85003213099    *2314-02825-09-39