

FILED ✓    ___ LODGED
___ RECEIVED    ___ COPY

APR 3 0 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Yaakov M Roth
US Attorney General's Office

450 5th St. NW
Washington, DC 20001

(Doc 52)



**CLERK, UNITED STATES DISTRICT COURT**
**SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130**
**401 W. WASHINGTON ST., SPC - 1**
**PHOENIX, AZ 85003-2118**

**OFFICIAL BUSINESS**

PHOENIX AZ 852

9 APR 2026 PM 9

quadient
FIRST-CLASS MAIL
IMI
$000.74
ZIP 85003

RECEIVED
APR 3 0 2026
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

US POSTAGE

NIXIE    171    DE 1    0004/25/26

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 85003213099    *2314-03453-09-39