Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)
SNELL & WILMER LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:    602.382.6070
Email: alang@swlaw.com
        mjarvey@swlaw.com
        dflint@swlaw.com
        tgallup@swlaw.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
Email: nkatyal@milbank.com
        jsterling@milbank.com
        crohsinzdak@milbank.com
        whavemann@milbank.com

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
Email: gmainland@milbank.com
        aporter@milbank.com
        mlaroche@milbank.com

*Attorneys for Plaintiff*
*KalshiEX LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| v. | |
| Jackie Johnson, et al., | **PRELIMINARY INJUNCTION APPEAL** |
| Defendants. | |

4923-7400-8234

Notice is hereby given that Plaintiff KalshiEX LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order entered in this action on April 8, 2026, District Court's ECF No. 51, denying Plaintiff's Motion for a Preliminary Injunction.

DATED: May 8, 2026

Respectfully submitted,

**SNELL & WILMER L.L.P.**

*/s/ Matt Jarvey*

Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)

and

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
Colleen E. Roh Sinzdak (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
*Attorneys for Plaintiff KalshiEX LLC*

- 1 -

4923-7400-8234

## <u>NINTH CIRCUIT REPRESENTATION STATEMENT</u>

Pursuant to Ninth Circuit Rule 3-2, Plaintiff-Appellant KalshiEX LLC submits the following list of the parties to the action with the names, addresses, and telephone numbers of their respective counsel:

Plaintiff-Appellant KalshiEX LLC is represented by the following counsel:

Adam E. Lang
Matt Jarvey
Derek C. Flint
Taryn J. Gallup
**SNELL & WILMER LLP**
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Email: alang@swlaw.com; mjarvey@swlaw.com; dflint@swlaw.com; tgallup@swlaw.com

Neal Kumar Katyal
Joshua B. Sterling
Colleen E. Roh Sinzdak
William E. Havemann
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202.835.7500
Email: nkatyal@milbank.com; jsterling@milbank.com; crohsinzdak@milbank.com; whavemann@milbank.com

Grant R. Mainland
Andrew L. Porter
Matthew J. Laroche
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212.530.5000
Email: gmainland@milbank.com; aporter@milbank.com; mlaroche@milbank.com

Plaintiff-Appellant's Counsel are registered for Electronic Filing in the Ninth Circuit.

- 2 -

4923-7400-8234

Defendants-Appellees Jackie Johnson and Kristin K. Mayes are represented by the following counsel:

Joshua D. Bendor
Joshua A. Katz
Alexander Samuels
William Y. Durbin
Nicholas Klingerman
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: 602.542.5025
Email: joshua.bendor@azag.gov; joshua.katz@azag.gov; alexander.samuels@azag.gov; william.durbin@azag.gov; nicholas.klingerman@azag.gov

Other Parties in District Court:

Consolidated Plaintiff Commodity Futures Trading Commission is represented by the following counsel:

Anne W. Stukes
M. Jordan Minot
Tyler S. Badgley
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Telephone: 202.418.5127
Email: astukes@cftc.gov; jminot@cftc.gov; tbadgley@cftc.gov

Carlin R. Metzger
**COMMODITY FUTURES TRADING COMMISSION**
77 W. Jackson Boulevard, Suite 800
Chicago, IL 60604
Telephone: 312.596.0536
Email: cmetzger@cftc.gov

Consolidated Plaintiff United States of America is represented by the following counsel:

Brett A. Shumate
Yaakov M. Roth
Tiberius T. Davis
**U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION**
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: 202.514.3301
Email: brett.a.shumate@usdoj.gov; tiberius.davis@usdoj.gov

Timothy H. Courchaine
**UNITED STATES ATTORNEY'S OFFICE**
Two Renaissance Square

- 3 -

4923-7400-8234

40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-4408
Telephone: 602.514.7500
Email: timothy.courchaine@usdoj.gov

Intervenor Plaintiff North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America is represented by the following counsel:

Sean J. O'Hara
**KERCSMAR & O'HARA PLLC**
8800 E. Raintree Drive, Suite 310
Scottsdale, AZ 85260
Telephone: 480.421.1001
Email: sjo@kandolaw.com

David Meister
Judith A. Flumenbaum
Robert A. Fumerton
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: 212.735.3000
Email: david.meister@skadden.com; judy.flumenbaum@skadden.com; robert.fumerton@skadden.com

Shay Dvoretzky
Parker A. Rider-Longmaid
Sylvia O. Tsakos
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue, NW
Washington, DC 20005-2111
Telephone: 202.371.7000
Email: shay.dvoretzky@skadden.com; parker.rider-longmaid@skadden.com; sylvia.tsakos@skadden.com

DATED: May 8, 2026

**SNELL & WILMER L.L.P.**
By: */s/ Matt Jarvey*
Matt Jarvey (#031350)
*Attorneys for Plaintiff-Appellant KalshiEX LLC*

- 4 -

4923-7400-8234