**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Joshua D. Bendor (Bar No. 031908)
Alexander W. Samuels (Bar No. 028926)
William Y. Durbin (Bar No. 036941)
Joshua A. Katz (Bar No. 039449)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
William.Durbin@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC,<br>　　　　　　Plaintiff, | No. CV-26-01715-PHX-MTL |
| The United States of America; and<br>Commodity Futures Trading Commission,<br>　　　　　　Consolidated Plaintiffs, | Hon. Michael T. Liburdi |
| North American Derivatives Exchange,<br>Inc., d/b/a Crypto.com \| Derivatives North<br>America,<br>　　　　　　Intervenor Plaintiff, | **JOINT STIPULATION** |
| v. | |
| Jackie Johnson, et al.,<br>　　　　　　Defendants, | |
| State of Arizona, et al.,<br>　　　　　　Consolidated Defendants. | |

WHEREAS, on May 5, 2026, the Court granted the United States' and the Commodity Futures Trading Commission's (together, "Federal Plaintiffs") Motion for Preliminary Injunction ("PI Order") (ECF No. 96);

WHEREAS, on May 5, 2026, the Court also entered an order directing the parties to brief whether this case should be stayed (ECF No. 97);

WHEREAS, questions that bear directly on this case are pending before the Ninth Circuit: *North American Derivatives Exchange, Inc. v. State of Nevada*, Case No. 25-7187 (9th Cir.); *KalshiEX, LLC v. Assad*, Case No. 25-7516 (9th Cir.); and *Robinhood Derivatives, LLC v. Dreitzer*, Case No. 25-7831 (9th Cir.);[1]

WHEREAS, the State of Arizona, Attorney General Kristin K. Mayes, and Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming (collectively, "Defendants") have met and conferred with Plaintiff KalshiEX LLC ("Kalshi"), Plaintiff North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America ("CDNA"), and Federal Plaintiffs (collectively, "Plaintiffs") on whether this case should be stayed pending a decision from the Ninth Circuit in any of the aforementioned cases consolidated for argument heard April 16, 2026;

WHEREAS, a stay would promote "economy of time and effort for [the Court], for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936);

WHEREAS, "the orderly course of justice" would be served by "the simplifying . . . of issues, proof, and questions of law which could be expected to result from a stay." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962));

WHEREAS, it is Defendants' position that they suffer severe, ongoing injury by the Court's injunction against enforcement of Arizona's gambling laws, including Ariz.

---

[1] These three cases were consolidated for argument held April 16, 2026. In its May 5 Order (ECF No. 97), the Court also referenced *Blue Lake Rancheria v. Kalshi, Inc.*, Case No. 25-7504 (9th Cir.). The Ninth Circuit set that case for argument on July 10 and declined to assign it to the panel that heard the April 16 argument. *See* Case No. 25-7504 Doc. Nos. 61, 64.

1

Rev. Stat. §§ 5-1301 et seq., §§ 13-3301-13-3312, and § 16-1015, through any criminal or civil enforcement actions related to event contracts listed on CFTC-regulated designated contract markets, including by engaging in any subpoena process or other compulsory investigative process related to event contracts listed on CFTC-regulated designated contract markets;

WHEREAS, it is Plaintiffs' position that Defendants suffer no cognizable injury from an injunction barring the enforcement of preempted state laws;

WHEREAS, Defendants do not waive any arguments they may make in any appeal of the PI Order, and do not concede that the event contracts covered by the PI Order qualify as "swaps" under the Commodity Exchange Act;

WHEREAS, Kalshi does not waive any arguments it may make in its appeal of the Court's order denying Kalshi's Motion for Preliminary Injunction (ECF No. 51);

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of this Court, as follows:

1. This case is stayed pending a decision from the Ninth Circuit in any of the aforementioned cases consolidated for argument heard April 16, 2026;

2. Any pending deadlines (including Defendants' time to file an answer or a motion under Rule 12 in response to Kalshi's Complaint) are vacated, to be re-set by the Court, as may be appropriate, following a relevant decision from the Ninth Circuit;

3. After the Ninth Circuit issues a decision in any of the aforementioned cases consolidated for argument heard April 16, 2026, the parties will confer and promptly provide the Court with their position on whether the stay should continue or be lifted.

RESPECTFULLY SUBMITTED this 15th day of May, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**


By  */s/ William Y. Durbin*
    Joshua D. Bendor
    Alexander W. Samuels
    William Y. Durbin
    Joshua A. Katz
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, AZ 85004

*Attorneys for Defendants*


*/s/ Tiberius Davis (w/ permission)* | */s/ Jordan Minot (w/ permission)*
*Attorneys for the United States of America* | *Attorneys for the Commodity Futures Trading Commission*

TIMOTHY COURCHAINE
U.S. Attorney for the District of Arizona
40 N. Central Avenue,
Suite 1800 Phoenix, AZ 85004
(602) 514-7500

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

Tyler S. Badgley
General Counsel
M. Jordan Minot
Deputy General Counsel
Anne Stukes
Senior Assistant General Counsel
Carlin Metzger
Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 209-1087
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov

**SNELL & WILMER L.L.P.**

*/s/ Adam E. Lang (w/ permission)*

Adam E. Lang (#022545)
Matt Jarvey (#031350)
Derek C. Flint (#034392)
Taryn J. Gallup (#035002)

and

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
MILBANK LLP
1101 New York Avenue NW
Washington DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

*/s/ Sean J. O'Hara (w/ permission)*

Sean J. O'Hara (#024749)
Kercsmar & O'Hara
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: (480) 776-3432
sjo@kandolaw.com

David Meister (*pro hac vice*)
Robert A. Fumerton (*pro hac vice*)
Judith A. Flumenbaum (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
david.meister@skadden.com
robert.fumerton@skadden.com
judy.flumenbaum@skadden.com

Shay Dvoretzky (*pro hac vice*)
Parker Rider-Longmaid (*pro hac vice*)
Sylvia O. Tsakos (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
shay.dvoretzky@skadden.com
parker.rider-longmaid@skadden.com
sylvia.tsakos@skadden.com

Nowell D. Bamberger (*pro hac vice* forthcoming)
Matthew C. Solomon (*pro hac vice* forthcoming)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
Telephone: 202-974-1500
nbamberger@cgsh.com
msolomon@cgsh.com

4

*Attorneys for North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America*