# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC, | No. CV-26-01715-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jackie Johnson, et al., | |
| Defendants. | |

Having considered the parties' Joint Stipulation (Doc. 103), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 103) is **GRANTED**. This case is stayed pending a decision from the Ninth Circuit in any of the cases consolidated for argument heard April 16, 2026.[*]

**IT IS FURTHER ORDERED** that any pending deadlines (including Defendants' time to file an answer or a motion under Rule 12 in response to Kalshi's Complaint) are **VACATED**.

. . . .

. . . .

. . . .

. . . .

---

[*] *North American Derivatives Exchange, Inc. v. State of Nevada*, Case No. 25-7187 (9th Cir.); *KalshiEX, LLC v. Assad*, Case No. 25-7516 (9th Cir.); and *Robinhood Derivatives, LLC v. Dreitzer*, Case No. 25-7831 (9th Cir.).

**IT IS FINALLY ORDERED** that, after the Ninth Circuit issues a decision in any of the aforementioned cases, the parties will confer and promptly provide the Court with their position on whether the stay should continue.

Dated this 18th day of May, 2026.

Michael T. Liburdi
United States District Judge

- 2 -