| ✎AO 435<br>AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

| 1. NAME  Renata Bodner | 2. PHONE NUMBER<br>212-416-8148 | 3. DATE  5/20/2026 |
|---|---|---|

| 4. FIRM NAME  New York State Attorney General's Office |
|---|

| 5. MAILING ADDRESS  28 Liberty Street, 21st Floor | 6. CITY  New York | 7. STATE  NY | 8. ZIP CODE  10005 |
|---|---|---|---|

| 9. CASE NUMBER  2:26-cv-01715 | 10. JUDGE  Michael T. Liburdi | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. April 2, 2026 | 12. |

| 13. CASE NAME  KalshiEx LLC v. Johnson, et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY  Phoenix | 15. STATE  Arizona |

**16. ORDER FOR**

☐ APPEAL ☐ NON-APPEAL  ☐ CRIMINAL  ☑ CIVIL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ BANKRUPTCY  ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Status Conference | 4/2/2026 |
| ☐ BAIL HEARING | | Hearing on a Motion for PI | 4/3/2026 |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | ☐ | ☐ | | ☐ PAPER COPY | |
| 14-Day Transcript | ☐ | ☐ | | | |
| 7-Day (Expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 -Day Transcript | ☐ | ☐ | | | |
| Next-Day (Daily) | ☑ | ☐ | | ☐ ASCII (e-mail) | |
| 2-Hour (Hourly) | ☐ | ☐ | | | |
| Realtime Transcript | ☐ | ☐ | | E-MAIL ADDRESS<br>renata.bodner@ag.ny.gov | |

| CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges<br>(deposit plus additional). | |
|---|---|
| 19. SIGNATURE  /s/ Renata Bodner | **NOTE:  IF ORDERING MORE THAN ONE FORMAT,**<br>**THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE  5/20/2026 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY