**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Joshua D. Bendor (Bar No. 031908)
Alexander W. Samuels (Bar No. 028926)
William Y. Durbin (Bar No. 036941)
Joshua A. Katz (Bar No. 039449)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
William.Durbin@azag.gov
Joshua.Katz@azag.gov
ACL@azag.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| KalshiEX LLC,<br>                    Plaintiff,<br><br>The United States of America; and<br>Commodity Futures Trading Commission,<br>                    Consolidated Plaintiffs,<br><br>North American Derivatives Exchange,<br>Inc., d/b/a Crypto.com \| Derivatives North<br>America,<br>                    Intervenor Plaintiff,<br><br>v.<br><br>Jackie Johnson, et al.,<br>                    Defendants,<br><br>State of Arizona, et al.,<br>                    Consolidated Defendants. | No. CV-26-01715-PHX-MTL<br><br>Hon. Michael T. Liburdi<br><br><br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>**PRELIMINARY INJUNCTION APPEAL** |

Notice is hereby given that Defendants the State of Arizona; Jackie Johnson, in her official capacity as Director of the Arizona Department of Gaming; and Kristin K. Mayes, in her official capacity as Attorney General for the State of Arizona, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order entered in this action on May 5, 2026, District Court's ECF No. 96, granting the Motion for a Preliminary Injunction filed by Federal Plaintiffs the United States of America and the Commodity Futures Trading Commission.

RESPECTFULLY SUBMITTED this 6th day of July, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  */s/ William Y. Durbin*
    Joshua D. Bendor
    Alexander W. Samuels
    William Y. Durbin
    Joshua A. Katz
    Office of the Arizona Attorney General
    2005 N. Central Ave.
    Phoenix, AZ 85004

*Attorneys for Defendants-Appellants*

1

## NINTH CIRCUIT REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, Defendants-Appellants submit the following list of the parties to the action with the names, addresses, and telephone numbers of their respective counsel:

Defendants-Appellants are represented by the following counsel:

Joshua D. Bendor
Joshua A. Katz
Alexander Samuels
William Y. Durbin
Nicholas Klingerman
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: 602-542-8958
Email: joshua.bendor@azag.gov; joshua.katz@azag.gov; alexander.samuels@azag.gov; william.durbin@azag.gov; nicholas.klingerman@azag.gov; ACL@azag.gov

Defendants-Appellants' counsel are registered for Electronic Filing in the Ninth Circuit.

Federal Plaintiff-Appellee Commodity Futures Trading Commission is represented by the following counsel:

Anne W. Stukes
M. Jordan Minot
Tyler S. Badgley
**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Telephone: 202-418-5127
Email: astukes@cftc.gov; jminot@cftc.gov; tbadgley@cftc.gov

Carlin R. Metzger
**COMMODITY FUTURES TRADING COMMISSION**
77 W. Jackson Boulevard, Suite 800
Chicago, IL 60604
Telephone: 312-596-0536
Email: cmetzger@cftc.gov

Federal Plaintiff-Appellee United States of America is represented by the following counsel:

Brett A. Shumate
Yaakov M. Roth
Tiberius T. Davis
**U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION**
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: 202-514-3301
Email: brett.a.shumate@usdoj.gov; tiberius.davis@usdoj.gov

Timothy H. Courchaine
**UNITED STATES ATTORNEY'S OFFICE**
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-4408
Telephone: 602-514-7500
Email: timothy.courchaine@usdoj.gov

Other Parties in District Court:

Plaintiff KalshiEX, LLC is represented by the following counsel:

Adam E. Lang
Matthew J. Jarvey
Derek C. Flint
Taryn J. Gallup
**SNELL & WILMER LLP**
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602-382-6000
Email: alang@swlaw.com; mjarvey@swlaw.com; dflint@swlaw.com; tgallup@swlaw.com

and

Neal K. Katyal
Joshua B. Sterling
Colleen E. Roh Sinzdak
William E. Havemann
**MILBANK LLP**
1101 New York Avenue NW
Washington DC 20005
Telephone: 202-835-7500

Email: nkatyal@milbank.com; jsterling@milbank.com; crohsinzdak@milbank.com; whavemann@milbank.com

Grant R. Mainland
Andrew L. Porter
Matthew J. Laroche
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Email: gmainland@milbank.com; aporter@milbank.com; mlaroche@milbank.com

Intervenor Plaintiff North American Derivatives Exchange, Inc., d/b/a Crypto.com | Derivatives North America is represented by the following counsel:

Sean J. O'Hara
**KERCSMAR & O'HARA PLLC**
8800 East Raintree Drive, Suite 310
Scottsdale, Arizona 85260
Telephone: 480-421-1001
Email: sjo@kandolaw.com

and

David Meister
Judith A. Flumenbaum
Robert A. Fumerton
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: 212-735-3000
Email: david.meister@skadden.com; judy.flumenbaum@skadden.com; robert.fumerton@skadden.com

Shay Dvoretzky
Parker Rider-Longmaid
Sylvia O. Tsakos
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
1440 New York Avenue NW
Washington, DC 20005
Telephone: 202-371-7000
Email: shay.dvoretzky@skadden.com; parker.rider-longmaid@skadden.com; sylvia.tsakos@skadden.com

4

RESPECTFULLY SUBMITTED this 6th day of July, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  */s/ William Y. Durbin*
     Joshua D. Bendor
     Alexander W. Samuels
     William Y. Durbin
     Joshua A. Katz
     Office of the Arizona Attorney General
     2005 N. Central Ave.
     Phoenix, AZ 85004

     *Attorneys for Defendants-Appellants*