FILED LODGED
RECEIVED COPY
SEP 21 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY MC DEPUTY

Yaakov M Roth
US Attorney General's Office

450 5th St. NW
Washington, DC 20001

DOC# 38

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
3 APR 2026 PM 6 L

quadient
FIRST-CLASS MAIL
IMI
$000.74º
04/03/2026 ZIP 85003
041M31237949
US POSTAGE

RECEIVED
SEP 21 2026
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE 171 FE 1 0009/18/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099 *2014-04190-03-39

20001-2*3999
85003>2130