✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 21 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Yaakov M Roth
US Attorney General's Office

450 5th St. NW
Washington, DC 20001

Doc. 104

-----------------------------------------------------------------

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
19 MAY 2026PM 10 L

quadient
FIRST-CLASS MAIL
IMI
$001.03 º
05/18/2026 ZIP 85003
043M31237949
US POSTAGE

RECEIVED

SEP 21 2026

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE 171 FE 1 0009/18/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85003213099 *2414-00922-19-